Everett G. WELLS,
*Petitioner,*

*v.*

SAIF CORPORATION
and Department of Consumer and Business Services,
*Respondents.*

(Agency No. H95-207; CA A93498)

953 P2d 430

Robert Wollheim argued the cause for petitioner. With him on the brief were Welch, Bruun, Green & Wollheim, and Christopher D. Moore and Malagon, Moore, et al.

David L. Runner argued the cause for SAIF Corporation. On the brief was Julene M. Quinn, appellate counsel.

Mary H. Williams, Assistant Attorney General, argued the cause for respondent Department of Consumer and Business Services. With her on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Chief Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Affirmed. *O'Neil v. National Union Fire,* 152 Or App 497, 952 P2d 847 (1998).